# Third District Court of Appeal

## State of Florida

Opinion filed July 27, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2375
Lower Tribunal No. A91UNWE
_____

**Heyling C. Dumas,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to <u>Anders v. California</u>, 386 U.S. 738 (1967), from the County Court for Miami-Dade County, Jeffrey M. Kolokoff, Judge.

Heyling C. Dumas, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SCALES, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.